Order issued November 28, 2012



005055

In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01061-CR
No. 05-11-01062-CR

**ARMANDO FERMIN SOTO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F10-19502-H, F10-19503-H

## ORDER
Before Justices Richter, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **GRANT** the March 23, 2012 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Armando Fermin Soto, No. 1740241, Coffield Unit, 2661 FM 2054, Tennessee Colony, Texas, 75884.

ELIZABETH LANG-MIERS
JUSTICE